# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

133697

WOLVERINE WORLD WIDE, INC.,
      Plaintiff-Appellant,

v

LIBERTY MUTUAL INSURANCE COMPANY,
      Defendant,

and

ONEBEACON INSURANCE COMPANY
f/k/a CGU INSURANCE COMPANY,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133697
COA: 260330
Kent CC: 01-011763-CK

_____/

     On order of the Court, the application for leave to appeal the March 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

p1024